# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PATRICK DELONDA WILLIAMS, JR.,

    Plaintiff,

v.                              CASE NO. 4:13cv605-RH/CAS

CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER AFFIRMING THE DENIAL OF BENEFITS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 17, and the objections, ECF No. 18. I have reviewed de novo the issues raised by the objections. While the plaintiff's application for benefits presented close issues, the administrative law judge's findings are supported by substantial evidence. The report and recommendation correctly concludes that the denial of benefits should be affirmed. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The Commissioner's decision denying benefits is AFFIRMED.  The clerk must enter judgment and close the file.

SO ORDERED on May 31, 2014.

s/Robert L. Hinkle<br>United States District Judge